IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PROGRESSIVE ADVANCED           }
INSURANCE COMPANY              }
A/S/O LEONARD A. GREBECK I     }
                               }    No.   2:25-CV-00977
         vs.                   }
                               }
                               }
UNITED STATES OF AMERICA       }
(Department of Veterans Affairs)   }

## CIVIL ACTION - COMPLAINT

NOW COMES the Plaintiff, Progressive Advanced Insurance Company, as subrogee of

Leonard A. Grebeck I, by and through its attorneys, Weltman, Weinberg & Reis Co., L.P.a., and

complaining of the Defendant, the UNITED STATES OF AMERICA (hereinafter "USA"),

states as follows:

## JURISDICTION AND VENUE

Jurisdiction is founded upon 28 U.S.C. § 1346, as the United States Government is a

defendant in this matter.

Venue is proper in this Court pursuant to U.S.C. § 1391 in that a substantial part of the

events, acts, or omissions giving rise to this claim occurred within the Western District of

Pennsylvania.

1.     Plaintiff is a business organization with a place of business located at 5920

Landerbrook Drive, Mayfield Heights, Ohio 44124.

2.     Defendant, United States of America, by and through the United States

Department of Veterans Affairs, is located at 810 Vermont Avenue N.W., Washington,

DC 20420.

3.      Plaintiff brings this action pursuant to 28 U.S.C. § 2401(b) and 39 C.F.R.

912.9(a) as a result of Defendant's failure to respond to Plaintiff's Claim under the

Federal Tort Claims Act, made on or about February 29th, 2024. See claim notice & form

attached hereto as Exhibit A.

4.      Plaintiff issued a policy of motor vehicle insurance whereby Plaintiff

agreed to insure the motor vehicle involved in this incident ("Insured Vehicle"), owned

by Plaintiff's insured.

5.      On or about November 8th, 2023, the motor vehicle owned by Defendant

and operated by Defendant's agent, servant, employee, and/or workman did negligently,

recklessly, and/or carelessly collide with the Plaintiff's Insured Vehicle at or near

Interstate 376 near 22 E Murrysville Exit Ramp, Pennsylvania.

6.      The negligence and/or carelessness of the Defendant by and through its

agent, servant, workman, and/or employee, consisted of the following:

a.  Failing to have his motor vehicle under such control as the situation warranted;

b.  Operating his motor vehicle in complete disregard of the point and position of

Plaintiff's insured vehicle;

c.  Operating his motor vehicle in complete disregard of the point and position of the

insured vehicle;

d.  Proceeding beyond a posted stop-sign without proper clearance into an

intersection occupied by co-defendant.

e.  Failing to keep a proper lookout;

f.  Traveling too fast for conditions;

g.  Failing to abide by the Rules of the Road and the Motor Vehicle Code of

Pennsylvania;

7.      As a direct and proximate result of Defendant's negligence, the Plaintiff's

insured vehicle sustained property damage and/or incurred rental charges totaling

$37,570.97. See documentation evidencing damages attached hereto as Exhibit B.

8.      Pursuant to the insurance policy issued by Plaintiff to their insured, and as

a result of the aforesaid payment, Plaintiff became subrogated to the claim of its insured

against Defendant.

Wherefore, Plaintiff demands judgment against defendant in the amount of $37,570.97

plus interest and costs.

WELTMAN, WEINBERG & REIS, CO., L.P.A.

William T. Molczan, Esquire
Attorney for Plaintiff
Attorney ID: PA 47437
Weltman, Weinberg, & Reis Co., L.P.A.
2 Allegheny Center, Nova Tower 2
Suite 1302
Pittsburgh, PA 15212
(215) 599-1500
WWR#: 041744242