IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PROGRESSIVE ADVANCED }
INSURANCE COMPANY }
A/S/O LEONARD A. GREBECK I }
             }   No. 2:25-CV-00977
 vs. }
             }
             }
UNITED STATES OF AMERICA }
(Department of Veterans Affairs) }

## PRAECIPE FOR SUMMONS

TO THE CLERK

 Please kindly sign and issue the within Summons for service on Defendants.

        WELTMAN, WEINBERG & REIS, CO., L.P.A.

        _____
        William T. Molczan, Esquire
        Attorney for Plaintiff
        Attorney ID: PA 47437
        Weltman, Weinberg, & Reis Co., L.P.A.
        2 Allegheny Center, Nova Tower 2
        Suite 1302
        Pittsburgh, PA 15212
        (215) 599-1500
        WWR#: 041744242